Commonwealth ex rel. Timperio *v.* Timperio, Appellant.

Submitted March 22, 1973. *Neil H. Stein, I. Raymond Kremer,* and *Kremer, Krimsky & Luterman,* for appellant; *Harry J. Liederbach,* for appellee.

Order affirmed.

Grimm *v.* Reitnauer (et al., Appellant).

Submitted March 20, 1973. *Leo H. Eschbach,* for appellant; *Sherwood L. Yergey,* and *Kranzley, Wrigley, Yergey & Daylor,* for appellee.

Judgment affirmed.

Ioli *v.* Ioli, Appellant.

Argued April 11, 1973. *Howard A. Minsky,* with him *Greenfield & Minsky,* for appellant; *Thomas W. Henderson,* with him *Koegler and Henderson,* for appellee.

Order affirmed.

Ioli, Appellant, *v.* Ioli, Appellant.

Argued April 11, 1973. *Howard A. Minsky,* with him *Greenfield & Minsky,* for defendant;

800

*Thomas W. Henderson,* with him *Koegler & Henderson,* for plaintiff.
Orders affirmed as to both appeals.

## Puchaski *v.* Puchaski, Appellant.

Argued March 19, 1973.
*Jack A. Rounick,* with him *Emanuel A. Bertin,* and *Moss, Rounick & Hurowitz,* for appellant; *Ronald E. Robinson,* with him *Mark B. Dischell,* and *Pearlstine, Salkin, Hardiman, Robinson & Hunn,* for appellee.
Appeal quashed.

## Saul, *v.* Rittle et al., Appellants.

Argued April 9, 1973. *Charles L. Stonage,* for defendants; *James C. Larrimer,* with him *Dougherty, Larrimer & Lee,* for plaintiff.
Orders affirmed.

## Schneck *v.* Smith (et ux., Appellant).

Argued March 26, 1973.
*C. Fonzone,* with him *John P. Thomas,* and *Walker, Thomas & Karess,* for appellant; *William E. Schantz,* with him *Victor F. Cavacini,* and *Snyder, Doll & Schantz,* for appellee.
OPINION PER CURIAM: The order granting a new trial is modified with direction to grant a new trial generally on all issues, and as modified is affirmed.